IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RAYMOND G. SHORTSLEEVE AND ) | |
| CYNTHIA D. SHORTSLEEVE ) | |
| ) | |
|    Debtors ) | |
| ) | |
| CYNTHIA D. SHORTSLEEVE, ) | CIVIL ACTION NO. |
| ) | 1:06MC3337-MHT |
|    Plaintiff ) | (WO) |
| ) | |
| v. ) | |
| ) | |
| CENTURYTEL OF ALABAMA, LLC, and ) | |
| ROBINSON, REAGAN & YOUNG, PLLC, ) | |
| ) | |
|    Defendants ) | |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Comes now, Rex D. Rainach ("Rainach") and pursuant to Local Rule 83.1 of the United States District Court respectfully moves the Court to admit him *pro hac vice* as additional counsel of record for the defendants, CenturyTel of Alabama, LLC and Robinson, Reagan & Young, PLLC ("Defendants"). As grounds, Rainach submits the following:

    1.    Rainach is not a member of the Bar of this Court. Rainach resides, regularly practices law and is admitted to practice before the United States District Court for the Middle District of Louisiana.

    2.    A Certificate of Good Standing for Rainach from the United States District Court for the Middle District of Louisiana is attached hereto as Exhibit "1".

**WHEREFORE**, Rainach respectfully moves the Court to admit him *pro hac vice* as additional counsel of record for Defendants.

Respectfully submitted this 2nd day of October, 2006.

_____
REX D. RAINACH
A PROFESSIONAL LAW CORPORATION
3622 Government Street
Baton Rouge, LA 70806-5720
Telephone: 225-343-0643
Facsimile: 225-343-0646
Email: Rainach@msn.com
La. Bar Roll No. 11074

### CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of October, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

David G. Poston, Esq.
Christol02@centurytel.net
davidposton@centurytel.net
brockandstout@yahoo.com

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Michael D. Brock
Brock & Stout
Post Office Drawer 311167
Enterprise, AL 36330

_____

# EXHIBIT "1"
# TO
# MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

# CERTIFICATE OF GOOD STANDING

I, **Nick J. Lorio**, Clerk of the United States District Court for the Middle District of Louisiana,

**DO HEREBY CERTIFY** that **Rex D. Rainach** was duly admitted to practice in said Court on **November 14, 1980** and is in good standing as a member of the bar of said Court.

**As of this date no disciplinary actions have been filed in this Court.**

Dated at Baton Rouge, Louisiana on October 2, 2006.



Nick J. Lorio, CLERK

By: _____
Deputy Clerk