IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA D. SHORTSLEEVE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CENTURYTEL OF ALABAMA, LLC,** )<br>**and ROBINSON, REAGAN &** )<br>**YOUNG, PLLC,** )<br>)<br>Defendants. ) | **CIVIL ACTION NO.**<br>**1:06cv892-MHT** |

## ORDER

It is ORDERED that the motion for leave to appear pro hac vice (doc. no. 3) is granted.

DONE, this the 5th day of October, 2006.

            /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**