**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

October 5, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Shortsleeve v. CenturyTel of Alabama, LLC et al**
**Case Number:   1:06-cv-00892-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 4  filed on    October 5, 2006.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CYNTHIA D. SHORTSLEEVE,      )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         1:06cv892-MHT
                             )
CENTURYTEL OF ALABAMA, LLC,  )
and ROBINSON, REAGAN &       )
YOUNG, PLLC,                 )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motion for leave to appear pro hac vice (doc. no. 3) is granted.

DONE, this the 5th day of October, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE