IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CYNTHIA D. SHORTSLEEVE, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. 1:06cv892-MHT |
| ) | |
| vs. ) | |
| ) | |
| CENTURYTEL OF ALABAMA, LLC, ) | |
| & ROBINSON, REAGAN & YOUNG, PLLC, ) | |
| ) | |
| DEFENDANTS. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 24, 2006 and October 25, 2006, and was attended by: David G. Poston, Esq., on behalf of the Plaintiff; Rex D. Rainach, Esq., on behalf of Defendant, CenturyTel of Alabama, LLC, and James D. Farmer, Esq., on behalf of Defendant, CenturyTel of Alabama, LLC. The parties do not request a conference with the Judge before entry of the Scheduling Order.

1. Plaintiff seeks compensatory and punitive damages, costs and attorney fees for Defendants, CenturyTel of Alabama and Robinson, Reagan & Young, violations of the Plaintiff's Chapter 7 Discharge Injunction, 11 USC §§ 105, 524 et seq.

Plaintiff also seeks compensatory damages and statutory damages, costs and attorney fees for Defendant's, Robinson, Reagan & Young, violations of the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.

2. Defendant, CenturyTel of Alabama, LLC., filed an Answer to the Plaintiff's Complaint on October 23, 2006. Defendant, Robinson, Reagan & Young, has not filed an Answer to the Plaintiff's Complaint as of the date of filing this report.

3. This non-jury action should be ready for trial by June 18, 2007, and, at this time, is expected to take approximately two (2) days to try.

4. The parties request a pre-trial conference on or about May 1, 2007.

5. **DISCOVERY PLAN**. The parties jointly propose to the Court the following discovery plan.

   a) Discovery will be needed on the following subjects:

      1) The circumstances and allegations of the Plaintiff's Complaint; and,

      2) Legal defenses of the Defendant.

   b) All discovery is to be commenced in time to be completed by April 2, 2007.

   c) Maximum of one hundred-one (101) interrogatories by each party to any other party. Responses due thirty (30) days after service. Plaintiff agrees to respond to Defendant's First Set of Interrogatories and Requests for Production propounded concurrently herewith within thirty (30) days of this date and without objection to the number thereof; said discovery request includes interrogatories of 51 in number and requests for production of 4 in number, leaving CenturyTel with an additional 50 interrogatories that may be propounded to plaintiff.

   d) Maximum of fifty (50) requests for production by each party to any other party. Responses due thirty (30) days after service.

   e) Maximum of fifty (50) requests for admission by each party to any other party. Responses due thirty (30) days after service.

   f) There will be no more than two (2) depositions of any party or witness unless extended by agreement. No single deposition may exceed eight (8) hours in length, unless extended by agreement. The depositions may be broken into two (2) four (4) hour segments of a morning and an afternoon session, unless extended by agreement of all parties.

    g)    Supplementation under Rule 26(e) due within thirty (30) days after the attorney learns of the information requiring said supplementation.

    h)    Either party may move the Court for expansion, extension or delay of discovery for good cause shown (other than as provided in subparagraph c above) and the non-moving party retains the right to object thereto.

6.    **INITIAL DISCLOSURES**. The parties will exchange by November 14, 2006, the information required by Fed. R. Civ. P. 26 (a) (1).

7.    Plaintiff should be allowed until December 8, 2006, to join additional parties and to amend the pleadings. Defendants should be allowed until January 2, 2007, to join additional parties and to amend the pleadings.

8.    Reports from retained experts under Rule 26 (a) (2) due:

    a)    From Plaintiff by January 23, 2007; and,

    b)    From Defendants by February 23, 2007.

9.    **PRE-TRIAL DISCLOSURES**. Final lists of witnesses and exhibits under Rule 26(a)(3) are due in accordance with any subsequent order of this Court, or pre-trial order.

10.    All potentially dispositive motions and supporting briefs should be filed by January 31, 2007, or ten (10) days prior to close of discovery if discovery is subsequently extended. Any briefs or materials in response are due twenty (20) days after the date of the filing of any dispositive motions.

11.    All *in limine* motions should be filed on or about June 1, 2007.

12.    Settlement cannot be realistically evaluated prior to April 2, 2007.

13.    At the conclusion of this parties' planning meeting, Defendants' counsel, Rex D. Rainach and James D. Farmer, granted Plaintiff's counsel, David G. Poston, permission to include their electronic signature on this Report of Parties' Planning Meeting in order to facilitate the filing of this document.

Done this the **25th** day of October, 2006.

                                    Respectfully submitted,


                                    */s/ David G. Poston*
                                    David G. Poston
                                    Attorney for Plaintiff

OF COUNSEL:
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, Alabama 36331
(334) 671-5555
david@circlecitylaw.com


                                    */s/ James D. Farmer*
                                    James D. Farmer
                                    Attorney for CenturyTel of Alabama, LLC.

OF COUNSEL:
Farmer, Farmer & Malone, PA
P.O. Drawer 668
Dothan, Alabama 36302
(334) 794-8596
jdf@ffmlaw.com

                                    */s/ Rex D. Rainach*
                                    Rex D. Rainach
                                    Attorney for CenturyTel of Alabama, LLC

OF COUNSEL:
Rex D. Rainach, PLC
3622 Government Street
Baton Rouge, Louisiana 70806
rainach@msn.com