UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA D. SHORTSLEEVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv892-MHT |
| | ) | |
| CENTURYTEL OF ALABAMA, LLC, and | ) | |
| ROBINSON, REAGAN & YOUNG, PLLC, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Comes now, Worrick G. Robinson, IV and pursuant to Local Rule 83.1 of the United States District Court and respectfully moves the Court to admit him *pro hac vice* as counsel of record for the defendant, Robinson, Reagan & Young, PLLC ("Defendant"). As grounds, Mr. Robinson submits the following:

1. Worrick G. Robinson, IV is not a member of the Bar of this Court. He resides, regularly practices law and is admitted to practice before the United States District Court for the Middle District of Tennessee.

2. A Certificate of Good Standing for Mr. Robinson from the United States District Court for the Middle District of Tennessee is attached hereto as Exhibit "1".

**WHEREFORE**, Worrick G. Robinson, IV respectfully moves the Court to admit him *pro hac vice* as additional counsel of record for Defendant, Robinson, Reagan & Young, PLLC.

RESPECTFULLY SUBMITTED,

ROBINSON, REAGAN & YOUNG, PLLC

_____
**WORRICK G. ROBINSON, IV** (TBN 15009)
260 Cumberland Bend
Nashville, Tennessee 37228
Telephone: 615-726-0900
Facsimile: 615-256-3436
Email: wrobinson@robinson-reagan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

David G. Poston, Esq.
Christo102@centurytel.net
davidposton@centurytel.net
brockandstout@yahoo.com

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Michael D. Brock
Brock & Stout
Post Office Drawer 311167
Enterprise, AL 36330

_____
**WORRICK G. ROBINSON, IV**

2

**EXHIBIT "1"
TO
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **WORRICK G. ROBINSON, IV** was duly admitted to practice in said Court on **June 12, 1992**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on October 4, 2006



KEITH THROCKMORTON, CLERK

By _____
Deputy Clerk