IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CYNTHIA D. SHORTSLEEVE,     )
                            )
    Plaintiff,               )
                            )      CIVIL ACTION NO.
    v.                      )       1:06cv892-MHT
                            )
CENTURYTEL OF ALABAMA, LLC, )
and ROBINSON, REAGAN &      )
YOUNG, PLLC,                )
                            )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for leave to appear pro hac vice (doc. no. 9) is granted.

DONE, this the 27th day of October, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE