UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CYNTHIA D. SHORTSLEEVE,**

    **Plaintiff**

**Vs.**        **CIVIL ACTION NO.
1:06cv892-MHT**

**CENTURYTEL OF ALABAMA, LLC &
ROBINSON, REAGAN & YOUNG, PLLC**

    **Defendants**

**APPLICATION FOR ENTRY OF DEFAULT AND
MOTION FOR DEFAULT JUDGMENT
AS TO DEFENDANT, ROBINSON, REAGAN & YOUNG, PLLC**

COMES NOW the above named Plaintiff, by and through her undersigned attorney, and respectfully submits the instant Application for Entry of Default Judgment and Motion For Default Judgment based upon the following grounds, to-wit:

    1.    On or about May 11, 2006, a copy of the Summons and Complaint were served on the Defendant, Robinson, Reagan & Young, PLLC, by certified mail, return receipt requested.

    2.    The Plaintiff would aver through her undersigned attorney no answer has been received from Robinson, Reagan & Young, PLLC, to the Plaintiff's Complaint after it should have been received no later than June 12, 2006; and upon information and belief the Defendant, Robinson, Reagan & Young, PLLC, has not filed an Answer in this Court.

    3.    That Plaintiff requests that the Clerk of Court enter default against the Defendant, Robinson, Reagan & Young, PLLC, in accordance with Federal Rule of Civil Procedure 55.

  4. Upon information and belief judgment by default, pursuant to Rule 55(a) of the F.R.C.P., should enter against the Defendant, Robinson, Reagan & Young, PLLC.

  5. The Plaintiff requested actual and punitive damages in a sum to be determined by this Honorable Court as well as maximum statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k in her Complaint.

  6. The Plaintiff hereby withdraws her request for maximum statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k, as this would pertain to the additional Defendants named in the Plaintiff's Complaint, and requests that a judgment be entered for actual and punitive damages in a sum to be determined by this Honorable Court.  The Plaintiff requests this Honorable Court enter judgment in the amount of $1,000.00 for statutory damages plus an amount to be determined after hearing and also a reasonable attorney fee.

  7. This is a fee shifting statute and the undersigned is also entitled to his attorney fees.

  8. By separate application, the undersigned will request an award of attorney fees.

  WHEREFORE, in consideration of the premises the undersigned attorney for the Plaintiff prays that the Clerk of Court will enter default against the Defendant; that the Court will enter a judgment to the Plaintiff for actual and punitive damages in a sum to be determined by this Honorable Court; that the Court will leave open the issue of attorney fees pending application by the undersigned and for all other and further relief as is just.

            BROCK & STOUT


            /s/ Gary W. Stout
            Gary W. Stout, Esq.
            Michael D. Brock, Esq.

        David G. Poston, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email lesley@circlecitylaw.com

### **CERTIFICATE OF SERVICE**

I, Gary W. Stout, do hereby certify I have this date served a copy of the above and foregoing upon Robinson, Reagan & Young, PLLC, Worrick Robinson, Esq., 260 Cumberland Bend, Nashville, TN 37228-1804, Rex, Rainach, Esq., 3622 Government Street, Baton Rouge, LA 70806-5720, by placing a copy of same in the U.S. Mail, postage prepaid or by electronic mail this 23rd day of January, 2007.


/s/ Gary W. Stout
Gary W. Stout