IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RAYMOND G. SHORTSLEEVE AND | ) | |
| CYNTHIA D. SHORTSLEEVE | ) | |
| | ) | |
|     Debtors | ) | |
| | ) | |
| CYNTHIA D. SHORTSLEEVE, | ) | CIVIL ACTION NO. |
| | ) | 1:06cv892-MHT |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| CENTURYTEL OF ALABAMA, LLC, and | ) | |
| ROBINSON, REAGAN & YOUNG, PLLC, | ) | |
| | ) | |
|     Defendants | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Comes now the Defendant, Centurytel of Alabama, LLC ("Centurytel"), by and through its undersigned counsel, and respectfully moves the Court for an extension of time to file a dispositive motion to the Plaintiff's claims made in this case, and as grounds therefore submits the following:

1.      On October 27, 2006, the Court issued a Uniform Scheduling Order in this case (the "Order").

2.      Section 2 of the Order requires, among other things, that "[a]ny dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than NINETY (90) DAYS prior to the pretrial hearing." Accordingly, the deadline for filing dispositive motions in this case is Tuesday, February 13, 2007.

3.    Centurytel intends to file a motion for summary judgment to the claims made against it by the Plaintiff.

4.    Rex D. Rainach, Esq. ("Rainach"), who has been admitted Pro Hac Vice in this case, is lead counsel for Centurytel and handles the day-to-day defense of the claims made against said defendant.  Rainach is the general bankruptcy counsel for Centurytel and has unique information and insight into the operations and procedures employed by Centurytel in responding to bankruptcy matters involving Centurytel's customers which are essential to the defense of the claims made by the Plaintiff in this case and the preparation of Centurytel's motion for summary judgment and related pleadings.

5.    Rainach has been out of the office since Thursday (February 1, 2006) suffering from pneumonia, is not expected to return to full time work until Monday, February 12, 2007, and will not have inadequate time within which to prepare a proper motion for summary judgment for filing with the Court.

6    The undersigned counsel is local counsel for Centurytel only and not involved in the day-to-day strategy or defense of the claims made against Centurytel and, in any event, is unable to address, prepare and file a meaningful motion for summary judgment to the Plaintiff's claims against Centurytel by the deadline imposed in the Order.

7.    In addition to the foregoing, Plaintiff has recently made a settlement offer that has been tentatively accepted by the Defendants and that, pending an agreement between the parties on the form and substance of a settlement agreement, could lead to a complete and final settlement of this case.

8.      It is suggested that the parties will need an additional thirty (30) days to complete the settlement of this case or, in the event that settlement is not successful, to file dispositive motions in the case.

9.      The circumstances giving rise to this Motion are extraordinary and unforeseeable and were unavoidable.

10      Centurytel submits that a short extension of time to file dispositive motions in this case will not (a) require a delay or reschedule of the pretrial conference or the trial of this case, or (b) otherwise unduly burden the Court and could facilitate a settlement of this case.

11.     Plaintiff's counsel has authorized the undersigned to represent to the Court that Plaintiff consents to the extension as requested herein.

**WHEREFORE**, Centurytel moves the Court to extend the deadline for filing dispositive motions in this case for a period of thirty (30) days, or until Tuesday, March 13, 2007; and that Centurytel have such other and further relief to which it may be entitled.

Respectfully submitted this 9th day of February, 2007.

COUNSEL FOR CENTURYTEL

/S/ James D. Farmer
James D. Farmer
ASB 8636-E67J

James D. Farmer
Virginia Lynn McInnis
FARMER, FARMER & MALONE, P.A.
112 West Troy Street, Drawer 668
Dothan, AL  36303
Telephone      334-794-8596
Facsimile      334-794-4401
Email          jdf@ffmlaw.com
               vlm@ffmlaw.com

REX D. RAINACH
A PROFESSIONAL LAW CORPORATION
3622 Government Street
Baton Rouge, LA  70806-5720
Telephone:  225-343-0643
Facsimile:  225-343-0646
Email: Rainach@msn.com
La. Bar Roll No. 11074

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of February, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

David G. Poston, Esq.
Christol02@centurytel.net
davidposton@centurytel.net
brockandstout@yahoo.com

Gary W. Stout, Esq.
brockstoutsherling@entercomp.com

Michael D. Brock, Esq.
brockandstout@yahoo.com

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:  none

/S/ James D. Farmer