IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CYNTHIA D. SHORTSLEEVE,      )
                             )
    Plaintiff,               )
                             )
                             )      CIVIL ACTION NO.
    v.                       )         1:06cv892-MHT
                             )
CENTURYTEL OF ALABAMA, LLC,  )
and ROBINSON, REAGAN &       )
YOUNG, PLLC,                 )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for extension of time to file dispositive motions (doc. no. 15) is granted.

DONE, this the 12th day of February, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE